# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reno, Lee A. | 2. Court or Organization<br><br>Northern District of Texas - Amarillo Division | 3. Date of Report<br><br>03/16/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>205 SE 5th St. Room 321<br>Amarillo TX 79101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Amarillo Area Women's Bar Association |
| 2. | Director | Texas Tech School of Law Alumni Association |
| 3. | Member | ▓▓▓▓▓▓▓▓▓ |
| 4. | Member | SSS Gateway LLC |
| 5. | Partner | SMSR 2, LTD. |
| 6. | Shareholder | PLA Services, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | ▓▓▓▓▓▓▓▓▓, former law firm: 401(k) with Firm Managed Asset Selection |
| 2. | 2017 | ▓▓▓▓▓▓▓▓▓, former law firm: payments representing fair value of fees collected after departure |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | ████████ - Business income | $244,716.00 |
| 2. | 2016 | ████████ - Business income | $173,460.00 |
| 3. | 2017 | ████████ - Business income | $196,930.70 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ████████ - Business income |
| 2. | 2016 | Morgan Stanley Smith Barney LLC - Retirement distribution |
| 3. | 2017 | ████████ - Business income |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America- Bank Account | A | Interest | N | T | | | | | |
| 2. | First United - Bank Account | A | Interest | | | | | | | |
| 3. | Happy State Bank -Cash Equivalent Accounts | A | Interest | K | T | | | | | |
| 4. | SMSR 2, LTD - Partnership Interest Amarillo, TX | D | Distribution | J | U | | | | | |
| 5. | SSS Gateway LLC- Partnership Interest #1 | A | Royalty | J | U | | | | | |
| 6. | SSS Gateway LLC- Partnership Interest #2 | A | Royalty | J | U | | | | | |
| 7. | PLA Services, Inc- S Corporation Interest #1 | A | Int./Div. | J | U | | | | | |
| 8. | ▒▒▒▒▒, Partnership Interest #1 | G | Distribution | J | U | | | | | |
| 9. | ▒▒▒▒▒, Partnership Interest #2 | G | Distribution | J | U | | | | | |
| 10. | PLA Services, Inc- S Corporation Interest #2 | A | Int./Div. | J | U | | | | | |
| 11. | Merrill Lynch -#1 Investment Account (H) | | | | | | | | | |
| 12. | Merrill Lynch Cash Account | A | Interest | J | T | | | | | |
| 13. | Abbvie Inc Shs - common stock | A | Dividend | J | T | | | | | |
| 14. | Altria Group Inc- common stock | A | Dividend | J | T | | | | | |
| 15. | Allianz Se SPD ADR- common stock | A | Dividend | J | T | | | | | |
| 16. | Ameren Corp- common stock | A | Dividend | | | | | | | |
| 17. | Astrazeneca Plc Spnd Adr- common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T Inc - common stock | A | Dividend | J | T | | | | | |
| 19. AXA Spons Adr - common stock | A | Dividend | J | T | | | | | |
| 20. Bae Sys Plc Spn Adr - common stock | A | Dividend | J | T | | | | | |
| 21. Basf Se Sponsored Adr - common stock | A | Dividend | J | T | | | | | |
| 22. BCE Inc - common stock | A | Dividend | J | T | | | | | |
| 23. British Amn Tobaco Spadr - common stock | A | Dividend | J | T | | | | | |
| 24. CIE General Des Establishments Michelin - common stock | A | Dividend | J | T | | | | | |
| 25. Cisco Systems Inc - common stock | A | Dividend | J | T | | | | | |
| 26. CME Group Inc - common stock | A | Dividend | | | | | | | |
| 27. Daimler A Eur Par Ordinary - common stock | A | Dividend | J | T | | | | | |
| 28. Deutsche Post Ag - common stock | A | Dividend | J | T | | | | | |
| 29. Detsche Tele Ag Spn Adr- common stock | A | Dividend | J | T | | | | | |
| 30. Dominion Res Inc New VA - common stock | A | Dividend | J | T | | | | | |
| 31. DowDupont Inc Com - common stock | A | Dividend | J | T | | | | | |
| 32. Duke Energy Corp New - common stock | A | Dividend | J | T | | | | | |
| 33. Eaton Corp PLLC- common stock | A | Dividend | J | T | | | | | |
| 34. Emerson Elc Co- common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Entergy Corp - common stock | A | Dividend | J | T | | | | | |
| 36. Exxon Mobil Corp - common stock | A | Dividend | J | T | | | | | |
| 37. Glaxosmithkline PLC Adr - common stock | A | Dividend | J | T | | | | | |
| 38. Imperial Brands PLC - common stock | A | Dividend | J | T | | | | | |
| 39. Iron Mountain Reit Inc - common stock | A | Dividend | J | T | | | | | |
| 40. Kimberly Clark - common stock | A | Dividend | J | T | | | | | |
| 41. McDonalds Corp - common stock | A | Dividend | J | T | | | | | |
| 42. Muenchener Rueck-Unspon- common stock | A | Dividend | J | T | | | | | |
| 43. National Grid Plc Sp Adr - common stock | A | Dividend | J | T | | | | | |
| 44. Nestle SA Rep RG Sh Adr- common stock | A | Dividend | J | T | | | | | |
| 45. Novartis Adr- common stock | A | Dividend | J | T | | | | | |
| 46. Occidental Pete Corp Cal - common stock | A | Dividend | J | T | | | | | |
| 47. Orkla AS A Shs Adr - common stock | A | Dividend | J | T | | | | | |
| 48. Pembina Pipeline Corp- common stock | A | Dividend | J | T | | | | | |
| 49. Pfizer Inc- common stock | A | Dividend | J | T | | | | | |
| 50. Philip Morris Intl Inc - common stock | A | Dividend | J | T | | | | | |
| 51. PPL Corporation - common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Procter & Gamble Co- common stock | A | Dividend | J | T | | | | | |
| 53. Qualcomm Inc - common stock | A | Dividend | | | | | | | |
| 54. Red Electrica Corp Unspn Adr- common stock | A | Dividend | J | T | | | | | |
| 55. Reynolds American Inc - common stock | A | Dividend | | | | | | | |
| 56. Roche Hldg Ltd Spn Adr - common stock | A | Dividend | J | T | | | | | |
| 57. Rogers Communications - common stock | A | Dividend | J | T | | | | | |
| 58. Royal Dutch Shell Plc Spons Adr A - common stock | A | Dividend | J | T | | | | | |
| 59. Scor Sponsored Adr- common stock | A | Dividend | J | T | | | | | |
| 60. Siemens Ag Adr - common stock | A | Dividend | | | | | | | |
| 61. Sky Plc - common stock | A | Dividend | | | | | | | |
| 62. SSE Plc Sponsored Adr - common stock | A | Dividend | J | T | | | | | |
| 63. Statoil ASA Shs - common stock | A | Dividend | J | T | | | | | |
| 64. Swisscom Ag Adr - common stock | A | Dividend | J | T | | | | | |
| 65. Taiwan S Manufctring Adr - common stock | A | Dividend | | | | | | | |
| 66. Telstra Corp - common stock | A | Dividend | | | | | | | |
| 67. Telus Corp- common stock | A | Dividend | J | T | | | | | |
| 68. Terna SPA unsponsored Adr - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Texas Instruments - common stock | A | Dividend | J | T | | | | | |
| 70. Total SA SP Adr - common stock | A | Dividend | J | T | | | | | |
| 71. Unibail Rodamco Se Unsp Adr - common stock | A | Dividend | J | T | | | | | |
| 72. Unilever Plc New Adr - common stock | A | Dividend | J | T | | | | | |
| 73. United Parcel Svc Cl B - common stock | A | Dividend | J | T | | | | | |
| 74. Verizon Communications Com - common stock | A | Dividend | J | T | | | | | |
| 75. Vinci SA Adr - common stock | A | Dividend | J | T | | | | | |
| 76. Vodafone Group Plc Shs Adr - common stock | A | Dividend | J | T | | | | | |
| 77. Wec Energy Group Inc Shs - common stock | A | Dividend | | | | | | | |
| 78. WellTower Inc - common stock | A | Dividend | J | T | | | | | |
| 79. West Pac Banking Adr - common stock | A | Dividend | J | T | | | | | |
| 80. Merrill Lynch -#2 Investment Account (H) | | | | | | | | | |
| 81. ML Bank Deposit Program - Bank Account | A | Interest | J | T | | | | | |
| 82. Altria Group Inc - common stock | B | Dividend | K | T | | | | | |
| 83. Berkshire Hathaway inc Del Cl B New - common stock | A | Dividend | J | T | | | | | |
| 84. Blackrock Inc - common stock | A | Dividend | J | T | | | | | |
| 85. Block H&R Inc - common stock | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CA Inc - common stock | A | Dividend | J | T | | | | | |
| 87. Carnival Corp Paired Shs - common stock | A | Dividend | J | T | | | | | |
| 88. Chevron Corp - common stock | A | Dividend | J | T | | | | | |
| 89. Cinn Fincl Crp Ohio - common stock | A | Dividend | J | T | | | | | |
| 90. Cisco Systems Inc Com - common stock | A | Dividend | J | T | | | | | |
| 91. Coca Cola Com - common stock | A | Dividend | J | T | | | | | |
| 92. Crown Castle Reit Inc- common stock | A | Dividend | J | T | | | | | |
| 93. Diageo Plc Spsd Adr - common stock | A | Dividend | J | T | | | | | |
| 94. Doninion Energy Inc - common stock | A | Dividend | J | T | | | | | |
| 95. Duke Energy Corp New - common stock | A | Dividend | J | T | | | | | |
| 96. Eli Lilly & Co - common stock | A | Dividend | J | T | | | | | |
| 97. General Electric - common stock | A | Dividend | J | T | | | | | |
| 98. General Mills - common stock | A | Dividend | J | T | | | | | |
| 99. Genl Dynamics Corp - common stock | A | Dividend | K | T | | | | | |
| 100. Hasbro Inc - common stock | A | Dividend | J | T | | | | | |
| 101. Intel Corp - common stock | A | Dividend | J | T | | | | | |
| 102. Kinder Morgan Inc - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lowe's Companies Inc - common stock | A | Dividend | J | T | | | | | |
| 104. Merck and Co Inc - common stock | A | Dividend | J | T | | | | | |
| 105. Microsoft Corp - common stock | A | Dividend | J | T | | | | | |
| 106. Newmarket Corp - common stock | A | Dividend | J | T | | | | | |
| 107. Norfolk Southern Corp - common stock | A | Dividend | K | T | | | | | |
| 108. Paychex Inc - common stock | A | Dividend | J | T | | | | | |
| 109. Pfizer Inc - common stock | A | Dividend | J | T | | | | | |
| 110. Phillip Morris Int Inc- common stock | A | Dividend | J | T | | | | | |
| 111. Reynolds American Inc - common stock | A | Dividend | | | | | | | |
| 112. Target Corp- common stock | A | Dividend | J | T | | | | | |
| 113. The Mosaic Company - common stock | A | Dividend | | | | | | | |
| 114. Verizon Communiations - common stock | A | Dividend | J | T | | | | | |
| 115. Wells Fargo & Co New - common stock | A | Dividend | K | T | | | | | |
| 116. Bristol-Meyers Squibb Co- common stock | A | Dividend | | | | | | | |
| 117. Corrections Corp of Amer- common stock | A | Dividend | | | | | | | |
| 118. Merrill Lynch -#3 Investment Account (H) | | | | | | | | | |
| 119. Merrill Lynch - Bank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. San Jacinto Tex Cnty- Municipal Bond | A | Interest | J | T | | | | | |
| 121. University Houston Tex- Municipal Bond | A | Interest | J | T | | | | | |
| 122. Dallas Fort Worth Tex- Municipal Bond | A | Interest | J | T | | | | | |
| 123. Texas St Unrefunded - Municipal Bond | A | Interest | J | T | | | | | |
| 124. Texas Mun Pwr Agy Rev - Municipal Bond | A | Interest | J | T | | | | | |
| 125. Austin Tex Elec Util Sys - Municipal Bond | A | Interest | J | T | | | | | |
| 126. Lubbock Tex Indpt Sch - Municipal Bond | B | Interest | K | T | | | | | |
| 127. Houston Tex Pub Impt - Municpal Bond | A | Interest | J | T | | | | | |
| 128. San Antonio Tex Pub Fac- Municipal Bond | B | Interest | K | T | | | | | |
| 129. Dallas Fort Worth Tex Intl Arpt Rev- Municipal Bond | B | Interest | K | T | | | | | |
| 130. Merrill Lynch - 529 Plan Investment Account #1 (H) | | | | | | | | | |
| 131. Blkrk Age 0 to 7 Years C - Portfolio Held at MLPF&S | B | Int./Div. | | | | | | | |
| 132. Blkrk Age 8 to 10 Years A- Portfolio Held at MLPF&S | B | Int./Div. | K | T | | | | | |
| 133. Blkrk Age 8 to 10 years C- Portfolio Held at MLPF&S | B | Int./Div. | J | T | | | | | |
| 134. Mfs Age 6 to 10 Years C- Portfolio Held at MLPF&S | B | Int./Div. | J | T | | | | | |
| 135. Mfs Age 6 to 10 Years A- Portfolio Helt at MLPF&S | B | Int./Div. | K | T | | | | | |
| 136. Merrill Lynch - 529 Plan Investment Account #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Blkrk Age 0 to 7 Years C - Portfolio Held at MLPF&S | B | Int./Div. | | | | | | | |
| 138. Blkrk Age 8 to 10 Years A- Portfolio Held at MLPF&S (X) | B | Int./Div. | K | T | | | | | |
| 139. Blkrk Age 8 to 10 Years C- Portfolio Held at MLPF&S (X) | B | Int./Div. | J | T | | | | | |
| 140. Mfs Age 6 to 10 Years A - Portfolio Held at MLPF&S | B | Int./Div. | J | T | | | | | |
| 141. Mfs Age 6 to 10 Years C- Portfolio Held at MLPF&S | B | Int./Div. | J | T | | | | | |
| 142. Merrill Lynch - 529 Plan Investment Account #3 (H) | | | | | | | | | |
| 143. Blkrk Age 0 to 7 Years C- Portfolio Held at MLPF&S | A | Int./Div. | | | | | | | |
| 144. Mfs Age 0 to 5 Years C- Portfolio Held at MLPF&S | A | Int./Div. | | | | | | | |
| 145. Blkrk Age 4 to 7 Years C- Portfolio Held at MLPF&S | B | Int./Div. | K | T | | | | | |
| 146. Blkrk Age 4 to 7 Years A- Portfolio Held at MLPF&S | B | Int./Div. | K | T | | | | | |
| 147. MFS Age 6 to 10 Years A- Portfolio Held at MLPF&S | B | Int./Div. | K | T | | | | | |
| 148. MFS Age 6 to 10 Years C - Portfolio Held at MLPF&S | B | Int./Div. | K | T | | | | | |
| 149. Merrill Lynch - Roth Investment Account #1 (H) | | | | | | | | | |
| 150. Bank of America - Bank Account | A | Interest | J | T | | | | | |
| 151. Consumer Discretionary - common stock | A | Dividend | J | T | | | | | |
| 152. First Tr Exchange Traded -common stock | A | Dividend | J | T | | | | | |
| 153. First Trust Cloud- common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Health care Select SPR - common stock | A | Dividend | J | T | | | | | |
| 155.  IShares MSCI Cda Etf- common stock | A | Dividend | J | T | | | | | |
| 156.  IShares MSCI Switzerland- common stock | A | Distribution | J | T | | | | | |
| 157.  Ishares NASDAQ Biotech- common stock | A | Dividend | J | T | | | | | |
| 158.  Ishares MSCI Pacific - common stock | A | Dividend | J | T | | | | | |
| 159.  Ishares Iboxx- Invt Grade Corp Bond | A | Int./Div. | J | T | | | | | |
| 160.  Ishares Tips - Bond | A | Int./Div. | J | T | | | | | |
| 161.  Ishares 3-7 Year- Treasury Bond | A | Int./Div. | J | T | | | | | |
| 162.  Ishares MBS ETF- common stock | A | Dividend | J | T | | | | | |
| 163.  IShares MSCI Eurozone EFT- common stock | A | Dividend | J | T | | | | | |
| 164.  Ishares MSCI Japan Etf- common stock | A | Dividend | J | T | | | | | |
| 165.  Ishares MSCI UK Etf- common stock | A | Dividend | J | T | | | | | |
| 166.  Ishares Inc Core MSCI - common stock | A | Dividend | J | T | | | | | |
| 167.  Powershares Em Sovereign- bond | A | Int./Div. | J | T | | | | | |
| 168.  Real Estate Select- common stock | A | Dividend | J | T | | | | | |
| 169.  Sector Spdr Energy - common stock | A | Dividend | | | | | | | |
| 170.  Spdr US Financial Sector- common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vaneck Vectors JP - common stock | A | Dividend | | | | | | | |
| 172. Vanguard Consumer - common stock | A | Dividend | J | T | | | | | |
| 173. Vanguard Materials Etf- common stock | A | Dividend | | | | | | | |
| 174. Vanguard Information Tech Etf- common stock | A | Dividend | J | T | | | | | |
| 175. Vanguard Industrial Etf- common stock | A | Dividend | J | T | | | | | |
| 176. Vanguard Intermediate Term Bond- bond | A | Int./Div. | J | T | | | | | |
| 177. Vanguard Short Term Bond | A | Int./Div. | J | T | | | | | |
| 178. Wisdomtree Europe Hedged Equity Fund | A | Int./Div. | | | | | | | |
| 179. Merrill Lynch - Roth Investment Account #2 (H) | | | | | | | | | |
| 180. Bank of America- Bank Account | A | Interest | J | T | | | | | |
| 181. Consumer Discretionary- common stock | A | Dividend | J | T | | | | | |
| 182. Health Care Select Spdr - - ETF Fund | A | Dividend | J | T | | | | | |
| 183. IShares MSCi Pacific- common stock | A | Dividend | J | T | | | | | |
| 184. Ishares MBS Etf- ETF Fund | A | Dividend | J | T | | | | | |
| 185. IShares MSCI Eurozone- ETF Fund | A | Dividend | J | T | | | | | |
| 186. IShares MSCI UK Etf shs | A | Dividend | J | T | | | | | |
| 187. Ishares Inc Core Msci Emerging MKts- ETF Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Sector SPDR Energy - ETF Fund | A | Dividend | | | | | | | |
| 189. SPDR US Financial Sector ETF Fund | A | Dividend | J | T | | | | | |
| 190. Vanguard Consumer Staples- ETF Fund | A | Dividend | J | T | | | | | |
| 191. Vanguard Information Tech- ETF Fund | A | Dividend | J | T | | | | | |
| 192. Vanguard Industrial- ETF Fund | A | Dividend | J | T | | | | | |
| 193. Vanguard Intermediate Term Bond - Bond | A | Int./Div. | J | T | | | | | |
| 194. Vanguard Short Term Bond | A | Int./Div. | J | T | | | | | |
| 195. Wisdomtree Europ Hedged Equity Fund- ETF Fund | A | Dividend | | | | | | | |
| 196. Voya - Retirement Account #1 (H) | | | | | | | | | |
| 197. Vanguard Trgt Retire 2035 Fund Investment | G | Int./Div. | O | T | | | | | |
| 198. Voya - Retirement Account #2 (H) | | | | | | | | | |
| 199. Vanguard Trgt Retire 2040 Fund Investment | G | Int./Div. | N | T | | | | | |
| 200. Lincoln Financial Group - Retirement Account (H) | | | | | | | | | |
| 201. AFMngd Risk - Mutual Fund | A | Int./Div. | | | | | | | |
| 202. LVIP AMGIBIAMR - Mutual Fund | A | Int./Div. | | | | | | | |
| 203. LVIP AMGIGrAMR - Mutual Fund | A | Int./Div. | | | | | | | |
| 204. Amer Funds MR Asset Allocation - Mutual Funds | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. AF Global Bal Alloc MR- Mutual Funds | A | Int./Div. | K | T | | | | | |
| 206. AF Global Growth MR Lvip- Mutal Funds | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 03/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lee A. Reno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544